No. 52, Orig. UNITED STATES *v.* FLORIDA. Report of Special Master received and ordered filed. Exceptions, if any, may be filed by the parties within 45 days. Reply briefs, if any, may be filed within 30 days thereafter. [For earlier orders herein, see, *e. g.*, 404 U. S. 998.]

No. A–664. GELLIS *v.* CITY OF SAVANNAH ET AL. Application for vacation of order of United States District Court for the Southern District of Georgia (Civil Action No. 3031) dated January 7, 1974, dismissing case for lack of prosecution, denied. Application for stay heretofore denied by MR. JUSTICE POWELL, now presented to THE CHIEF JUSTICE and by him referred to the Court, denied.

No. A–712. NEW YORK ON BEHALF OF NEW YORK COUNTY ET AL. *v.* UNITED STATES ET AL. Application for stay of order of the United States District Court for the District of Columbia, dated January 10, 1974, presented to THE CHIEF JUSTICE and by him referred to the Court, denied.

No. A–742. HARRIS COUNTY COMMISSIONERS COURT ET AL. *v.* MOORE ET AL. D. C. S. D. Tex. Motion of respondents to vacate stay order heretofore granted by MR. JUSTICE POWELL on February 4, 1974, denied. MR. JUSTICE DOUGLAS would vacate the stay.